**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Oscar Rene Arevalo v. Gabrielle Fink

Appellate case number:    01-19-00822-CV

Trial court case number:  18-FD-0450

Trial court:              County Court at Law No. 1 of Galveston County

Appellant filed an affidavit of inability to pay costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant also filed a notice in this court, stating that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The trial court clerk is **ORDERED** to provide a complete copy of the clerk's record and the reporter's record to appellant without charge. *See* TEX. R. CIV. P. 145.

Judge's signature: ___/s/ Sherry Radack_____
                   ☒ Acting individually    ☐ Acting for the Court

Date:   __December 10, 2019___